JAMES C. NIELSEN (111889)
 jnielsen@nkllp.law
DANIEL N. KATIBAH (293251)
 dkatibah@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:   (415) 693-9674

Attorneys for Plaintiff
ASSOCIATED INDUSTRIES INS. CO., INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>GERAGOS & GERAGOS, APC, a California professional corporation; and MARK GERAGOS, an individual,<br><br>Defendants. | Case No.: 2:21-cv-01963-RGK-KS<br><br>**DECLARATION OF DANIEL N. KATIBAH REGARDING ATTEMPTS TO EFFECT SERVICE OF PROCESS** |

I, Daniel N. Katibah, declare and state as follows:

1. I am over the age of 21 and I have personal knowledge of the matters set forth below, and if called as a witness, could and would testify competently thereto.  I am an attorney at law licensed to practice in California and admitted to this, the U.S. District Court for the Central District of California.  I am a partner at Nielsen Katibah LLP and am counsel of record for plaintiff Associated Industries

1

1. Insurance Company, Inc., in this matter of *Associated Indus. Ins. Co., Inc. v. Geragos & Geragos, APC, et al.*, Central District Case No. 2:21-cv-01963-RGK-KS. I am thus familiar with the relevant file, records, and pleadings.

2. Consistent with Federal Rule of Civil Procedure 4(m), I submit this declaration to demonstrate good cause why the complaint in this lawsuit has not been served within 90 days. Today, June 1, 2021, is the ninetieth day since the complaint was filed on March 3, 2021, and service remains in progress.

3. As stated in Associated's complaint (ECF No. 1), this is an action regarding insurance coverage for an underlying lawsuit in the Los Angeles Superior Court, *Franklin v. Geragos*, case no. 20STCV37797, whereby Gary Franklin (not a party here) alleges claims arising out of a scheme to defraud Nike, Inc., perpetrated by former attorney Michael Avenatti and allegedly joined by attorney (and defendant here) Mark Geragos.

4. On March 29, 2021, I sent a letter to Mr. Geragos informing him of this lawsuit. The letter enclosed every document filed in this suit and was accompanied by a request for waiver of summons, both for Mr. Geragos individually and for Geragos & Geragos, APC, his law firm. The letter is attached here as **Exhibit 1** and the proposed summons waivers are attached as **Exhibit 2.**

5. On April 5, 2021, I sent a follow-up email to Mr. Geragos, who responded by asking me to call him to discuss the case. A true and correct copy of our email exchange is attached here as **Exhibit 3.**

5. On April 7, 2021, Mr. Geragos called me and left a voice message asking me to call him. I returned his call that day but received his away message.

6. From April 7 to May 5, 2021, I exchanged a series of text messages with Mr. Geragos, attempting to set up a time to talk about this case before effecting service. We never connected for a phone call. A true and correct copy of my text messages with Mr. Geragos is attached here as **Exhibit 4**.

7. Mr. Geragos never signed or returned the waiver of summons forms, for

2

either himself or for Geragos & Geragos, APC, that accompanied my March 29, 2021, letter.

8. On May 19, 2021, I retained a third-party vendor named One Legal to serve Mr. Geragos and Geragos & Geragos, APC, with the complaint, respective summonses, and other necessary documents in this lawsuit.

9. On May 20, 2021, a process server affiliated with One Legal attempted to serve Mr. Geragos and Geragos & Geragos, APC, at 644 S. Figueroa Street in Los Angeles, the location of Geragos & Geragos's office. The server was unable to effect service because he was denied access to the Geragos & Geragos suite. A true and correct copy of One Legal's service report is attached here as **Exhibit 5**.

10. I have since instructed One Legal to have the process server attempt substitute service in a manner consistent with the Federal Rules of Civil Procedure and California Code of Civil Procedure, though as of the date of this declaration, substitute service has not been effected. I have also asked One Legal to prepare a skip trace report on Mr. Geragos for purposes of possible personal service at a different location.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on Tuesday, June 1, 2021, at Sacramento, California.

*/s/ DN Katibah*

Daniel N. Katibah