JAMES C. NIELSEN (111889)
  jnielsen@nkllp.law
DANIEL N. KATIBAH (293251)
  dkatibah@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
T: (415) 693-0900; F (415) 693-9674

Attorneys for Associated Industries Insurance Company, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation, | No. 2:21-cv-01963-DMG-KS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | Complaint Filed:  March 3, 2021 |
| GERAGOS & GERAGOS, APC, a California professional corporation; and MARK GERAGOS, an individual, | Final PTC:  January 31, 2023<br>Trial:  Feb. 28, 2023 |
| Defendants. | Hon. Dolly M. Gee |
| GERAGOS & GERAGOS, APC, a California professional corporation; and MARK GERAGOS, an individual, | |
| Counter-claimants, | |
| v. | |
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation; and ARCH INSURANCE COMPANY, a Missouri corporation, | |
| Counter-defendants. | |

By and through their counsel of record, plaintiff/counter-defendant Associated Industries Insurance Company, Inc., defendants/counter-claimants Mark Geragos and Geragos & Geragos, APC, and counter-defendant Arch Insurance Company hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal with prejudice of all claims and all counter-claims in this action, with each party to bear its own attorney's fees and costs.

April 13, 2022                                   NIELSEN KATIBAH LLP

                                                By: /s/   Daniel N. Katibah
                                                Daniel N. Katibah
                                                Attorneys for Associated Indus. Ins. Co., Inc.

April 13, 2022                                   PASICH LLP

                                                By: /s/   Kayla M. Robinson
                                                Kayla M. Robinson
                                                Attorneys for Geragos & Geragos, APC &
                                                Mark Geragos

April 13, 2022                                   MUSICK, PEELER & GARRETT, LLP
                                                By: /s/   Lynn A. O'Leary
                                                Lynn A. O'Leary
                                                Attorneys for Arch Ins. Co.

## E-FILING ATTESTATION

**Pursuant to Local Rule 5-4.3.4(a)(2)(i)**, I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

April 13, 2022                         By: /s/   Daniel N. Katibah